TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

******************************
UNITED STATES

-v.-                    22-MJ-472
                        Docket Number

DANIEL GEORGE HANCHARD
******************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Vincent J. Mazzurco
Firm Name: USAO-EDNY
Address: 271A Cadman Plaza East
         Brooklyn, NY 11201
Phone Number: 718 254 6075
E-Mail Address: vincent.mazzurco@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:____
Judge/Magistrate Judge:____
Date Entered:____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn, NEW YORK

_____
**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE____
                              DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

April 27, 2022                    /s/ Vincent J. Mazzurco
DATE                              SIGNATURE

WK:VJM
F. #2022R00176

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DANIEL GEORGE HANCHARD,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

**AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN ARREST WARRANT**

(8 U.S.C. §§ 1326(a) and 1326(b)(1))

22-MJ-472

EASTERN DISTRICT OF NEW YORK, SS:

    David Rodriguez, being duly sworn, deposes and states that he is a Deportation Officer with United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

    On or about February 17, 2022, within the Eastern District of New York and elsewhere, the defendant DANIEL GEORGE HANCHARD, being an alien who had previously been deported from the United States after a conviction for the commission of a felony, was found in the United States without the Attorney General of the United States and the Secretary of the United States Department of Homeland Security having expressly consented to such alien's applying for admission.

    (Title 8, United States Code, Sections 1326(a) and 1326(b)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Deportation Officer with ICE and I have been involved in the investigation of numerous cases involving the illegal reentry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history; and from reports of other law enforcement officers involved in the investigation.

2. In or about January 2022, a confidential source ("CS-1"), who has provided information that has proven reliable in the past, reported that HANCHARD was present in New York.[2] CS-1 identified HANCHARD from a photograph and confirmed that s/he met with HANCHARD at an address in Queens, New York on or about February 17, 2022.

3. ICE officials ran a criminal history report and found that HANCHARD, a citizen and national of Jamaica, had previously been removed from the United States on at least three occasions, including on or about March 25, 2014, September 24, 2015 and August 8, 2017.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

[2] CS-1 has been a registered confidential source of information with the United States Marshal's Service ("USMS") for approximately two years. CS-1 previously provided information to law enforcement regarding the location of wanted persons and criminal activity in exchange for immigration benefits. Over the past two years, CS-1 has provided information that has resulted in the apprehension of numerous fugitives.

4.      The criminal records check also revealed that on or about January 31, 2002, the defendant was convicted in Queens County Supreme Court of Attempted Criminal Possession of a Loaded Firearm in the Third Degree, in violation of New York Penal Law § 265.02(4), a felony offense for which he was (a) sentenced to a term of five years' probation on March 14, 2002, and (b) re-sentenced to a term of one year of imprisonment for violating his probation on May 20, 2008.

5.      A search of immigration records has revealed that there exists no request by HANCHARD for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after removal.

6.      I request that the Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant.  Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and arrest warrants via the internet.  Therefore, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving the target an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence and change his patterns of behavior.

WHEREFORE, your deponent respectfully requests that the defendant DANIEL GEORGE HANCHARD be dealt with according to law.

_____
David Rodriguez
Deportation Officer, United States Immigration
and Customs Enforcement

Sworn to before me telephonically this
___ day of April, 2022

_____
THE HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL GEORGE HANCHARD<br>*Defendant* | )<br>)  Case No. 22-MJ-472<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANIEL GEORGE HANCHARD                                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Title 8, United States Code, Section 1326(b)(1) (Illegal Reentry)


Date: _____                                              _____
                                                                                                *Issuing officer's signature*

City and state:   Brooklyn, New York                      Hon. Ramon E. Reyes, Jr., U.S.M.J.
                                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                              _____
                                                                                                *Arresting officer's signature*

                                                                                                _____
                                                                                                *Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____